■ In the Matter of RICHARD JACKSON et al., Petitioners, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.— Determination confirmed, without costs. All concur. (Review of the action of the State Liquor Authority in revoking petitioners' liquor license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PELOW, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie Trial Term convicting defendant of the crime of assault, second degree, on three counts of the indictment.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ MARY SEPIELLI, Doing Business under the Name of UNITED PAVING COMPANY, Appellant, v. ORDER OF BARNABITE FATHERS, INC., Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term, granting to defendant an examination before trial of the plaintiff and denying plaintiff's motion to vacate the notice of examination.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND V. PICCIOTTI, Appellant.— Motion granted and order entered November 13, 1957 amended by striking therefrom the word "and facts". Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See 4 A D 2d 1004.]

■ MYRTLE ZELL et al., Appellants, v. SOL GOLDSTEIN, Respondent.— Appeal dismissed, without costs upon stipulation.

■ MOHAWK TRUCK RENTAL, INC., Plaintiff, v. ESTELLA M. ROE, as Administratrix of the Estate of ROBERT D. ROE, Deceased, Defendant.— Appeal dismissed, without costs upon stipulation.

■ HENRY DAPP, Plaintiff, v. ESTELLA M. ROE, as Administratrix of the Estate of ROBERT D. ROE, Defendant. — Appeal dismissed, without costs, upon stipulation.